UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES GRADFORD, JR.,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | 1:24-cv-00761-EPG (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, who is proceeding *pro se*, has filed a civil rights action. Plaintiff has not paid the standard filing fee or moved to proceed *in forma pauperis*; however, as this case will be transferred for the reasons described below, the Court will not address this issue.

In his complaint, Plaintiff alleges that Defendant violated his civil rights. The alleged violations took place in Stanislaus County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Accordingly, IT IS ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **July 2, 2024**          /s/ Eric P. Grosj
                                 UNITED STATES MAGISTRATE JUDGE

2