UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES GRADFORD, JR., | Case No.  2:24-cv-1841-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, | |
| Defendant. | |

On May 14, 2025, plaintiff voluntarily moved to dismiss this case, ECF No. 26, which prompted the Clerk of Court to enter a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and close the case, ECF No. 27.  Plaintiff later filed a motion to reopen the case, ECF No. 28, which I recommended be denied on May 30, 2025, ECF No. 29.  Those recommendations remain pending.

Since then, plaintiff has filed at least fourteen different filings.  *See* ECF Nos. 30-32 & 34-44.  One such filing is a request for a court date.  ECF No. 36.  Therein, plaintiff requests a "face-to-face" court appearance so that he can explain in greater detail the reason he filed a notice of voluntary dismissal.  *Id.* at 1.  Because the May 30, 2025 findings and recommendations remain pending, plaintiff's motion is denied.  Should the district judge not adopt the May 30, 2025 recommendations, plaintiff may renew his request.

Accordingly, it is hereby ORDERED that plaintiff's motion for a court date, ECF No. 36,

1

is DENIED.

IT IS SO ORDERED.

Dated:    January 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE