UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES GRADFORD, JR., | No.  2:24-cv-01841-DAD-JDP (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO REOPEN THE CASE |
| v. | |
| WARDEN, | |
| Defendant. | (Doc. Nos. 28, 29, 46) |

Plaintiff William James Gradford, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to reopen this case (Doc. No. 28) be denied.  (Doc. No. 29.) Specifically, the magistrate judge concluded that there was simply no basis for re-opening this case because plaintiff had elected to file a notice of voluntary dismissal rather than to file an amended complaint in response to the court's screening order finding and he had failed to state a cognizable claim and within two weeks thereafter simply changed his mind.  (*Id.* at 1–2.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  On June 16, 2025, plaintiff filed objections to the findings and recommendations which the

1

undersigned cannot decipher but which appear to refer to a May 15, 2019 settlement conference and a "Forced settlement agreement.) (Doc. No 31.) On July 11, 2025, plaintiff filed additional, untimely, objections which are also difficult to decipher but appear to refer to a settlement agreement filed with the Stanislaus County Superior Court. (Doc. No. 34.) In any event, neither set of plaintiff's objections provide any basis upon which to reject the pending findings and recommendations

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.   The findings and recommendations issued on May 30, 2025 (Doc. No. 29) are adopted in full;

2.   Plaintiff's motion to reopen this case (Doc. No. 28) is denied;

3.   In addition, plaintiff's January 20, 2026 motion to file an amended complaint (Doc. No. 46) is denied; and

4.   The Clerk of the Court is directed to once again close this case.

IT IS SO ORDERED.

Dated:   **March 13, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2